# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 12, 2022

Lyle W. Cayce
Clerk

No. 22-50271
Summary Calendar

Uᴏɴɪᴛᴇᴅ Sᴛᴀᴛᴇs ᴏғ Aᴍᴇʀɪᴄᴀ,

*Plaintiff—Appellee*,

*versus*

Mᴀʀᴄᴏs Sᴀɴᴄʜᴇᴢ-Vᴀʀɢᴀs,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:21-CR-986-1

Before Sᴍɪᴛʜ, Dᴇɴɴɪs, and Sᴏᴜᴛʜᴡɪᴄᴋ, *Circuit Judges*.

Pᴇʀ Cᴜʀɪᴀᴍ:*

Marcos Sanchez-Vargas was convicted and sentenced for illegal reentry after removal under 8 U.S.C. §§ 1326(a) and (b)(1). Though he now argues for the first time that Section 1326(b) is unconstitutional, he has filed an unopposed motion for summary affirmance. His letter brief explains that

---

* Pursuant to 5ᴛʜ Cɪʀᴄᴜɪᴛ Rᴜʟᴇ 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀᴄᴜɪᴛ Rᴜʟᴇ 47.5.4.

No. 22-50271

he raises the issue to preserve it and correctly concedes his argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224, 226 (1998). *See*, *e.g.*, *United States v. Pervis*, 937 F.3d 546, 553–54 (5th Cir. 2019). Summary disposition is therefore appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

The unopposed motion for summary affirmance is GRANTED. The district court's judgment is AFFIRMED.